

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/20/2022__

April 20, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Ortega v. Gempler's Inc.*
              Case No. 21-cv-10996-AT

Dear Judge Torres:

     I represent the defendant in this matter. This matter had been assigned to mediation, but the mediation office closed the mediation because counsel did not respond in timely fashion to their inquiries about scheduling availability. The parties believe a mediator would help our resolution efforts. With plaintiff's consent, we asked the mediation office to reopen the mediation and they directed us to request re-referral from Your Honor. In this regard, defendant further requests – with the consent of plaintiff -  that the Court extend defendant's time to file its motion to dismiss the Complaint from April 25, 2022 – as set by the Court's March 21, 2022 order [DE 21] - to a date to be determined at least 20 days after mediation assuming the case is not resolved. This is defendant's first request for mediation to be reopened and for an extension of time to move to dismiss.  Thank you for your attention to this matter.

GRANTED.  The Court shall re-refer this case to mediation.  Defendant shall file their motion to dismiss 20 days after the mediation.

SO ORDERED.

Dated: April 20, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge