```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/5/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ORTEGA, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

GEMPLER'S INC.,

                Defendant.

21 Civ. 10996 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties' joint status letter for the case management conference scheduled for July 7, 2022, is overdue, and the parties pre-motion letters for summary judgment are due today.  *See* ECF No. 16 ¶¶ 5, 8, 15–16.  But, because the parties are presently in active settlement discussion and Defendant's motion to dismiss is due on **July 18, 2022**, ECF No. 25; June 27, 2022 Dkt. Entry, the deadline to file pre-motion letters for summary judgment is ADJOURNED to **fourteen days** after the Court issues an order on the proposed motion to dismiss.  The deadline for the joint status letter and the case management conference are ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 5, 2022
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge