```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/25/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ORTEGA, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

GEMPLER'S INC.,

        Defendant.

21 Civ. 10996 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant's motion to dismiss was due on July 18, 2022. *See* ECF No. 26. The motion is now overdue. However, the Court recognizes that the parties are still in active settlement discussion, *see* June 27, 2022 Dkt. Entry, therefore, by **July 29, 2022**, the parties shall file a joint letter regarding the status of settlement negotiations and proposing a briefing schedule for Defendant's motion to dismiss.

    SO ORDERED.

Dated: July 25, 2022
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge